## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| FINNAVATIONS, LLC | § | |
| | § | |
| Plaintiff, | § | Case No: |
| | § | |
| vs. | § | **PATENT CASE** |
| | § | |
| HSBC BANK USA, NATIONAL ASSOCIATION | § § § | |
| | § | |
| | § | |
| Defendant. | § | |

## COMPLAINT

Plaintiff Finnavations, LLC ("Plaintiff" or "Finnavations") files this Complaint against HSBC Bank USA, National Association ("Defendant" or "HSBC") for infringement of United States Patent No. 8,132,720 (hereinafter "the '720 Patent").

## PARTIES AND JURISDICTION

1. This is an action for patent infringement under Title 35 of the United States Code. Plaintiff is seeking injunctive relief as well as damages.

2. Jurisdiction is proper in this Court pursuant to 28 U.S.C. §§ 1331 (Federal Question) and 1338(a) (Patents) because this is a civil action for patent infringement arising under the United States patent statutes.

3. Plaintiff is a Texas limited liability company with its principal office located at 3415 Custer Rd., Suite 120-B, Plano, Texas 75023.

4. Upon information and belief, Defendant is a Delaware corporation with its principal office located at 1105 N. Market St., Suite 1, Wilmington, DE 19801. This Court has personal jurisdiction over Defendant because Defendant has committed, and continues to

commit, acts of infringement in the state of Texas, has conducted business in the state of Texas, and/or has engaged in continuous and systematic activities in the state of Texas. Defendant may be served through its registered agent, CT Corporation System, located at 1999 Bryan St., Ste. 900, Dallas, TX 75201.

5. Upon information and belief, Defendant's instrumentalities that are alleged herein to infringe were and continue to be used, imported, offered for sale, and/or sold in the Eastern District of Texas.

## VENUE

6. Venue is proper in the Eastern District of Texas pursuant to 28 U.S.C. §§ 1391(c) and 1400(b) because Defendant is deemed to reside in this district. In addition, and in the alternative, Defendant has committed acts of infringement in this District.

## COUNT I
## (INFRINGEMENT OF UNITED STATES PATENT NO. 8,132,720)

7. Plaintiff incorporates paragraphs 1 through 6 herein by reference.

8. This cause of action arises under the patent laws of the United States and, in particular, under 35 U.S.C. §§ 271, *et seq*.

9. Plaintiff is the owner by assignment of the '720 patent with sole rights to enforce the '720 patent and sue infringers.

10. A copy of the '720 Patent, titled "Financial Management System," is attached hereto as Exhibit A.

11. The '720 Patent is valid, enforceable, and was duly issued in full compliance with Title 35 of the United States Code.

12. Upon information and belief, Defendant has infringed and continues to infringe one or more claims, including at least claim 1, of the '720 Patent by making, using, importing,

selling, and/or offering for sale a financial management system, including Defendant's Mobile Banking platform covered by one or more claims of the '720 patent. Defendant has infringed and continues to infringe the '720 Patent either directly or through acts of contributory infringement or inducement in violation of 35 U.S.C. § 271.

13. Defendant sells, offers to sell, and/or uses its Mobile Banking platform, which allows a user, using a smartphone for example, to access a financial management application showing a history of financial transactions. The platform also provides a user with a financial assistant enabling the user to populate fields with transaction data and, upon acceptance of the transaction, the transaction data populates corresponding fields of the financial management application. Certain details of the platform may be seen at http://www.us.hsbc.com/1/2/home/personal-banking/pib/mobile.

14. Defendant's actions complained of herein will continue unless Defendant is enjoined by this court.

15. Defendant's actions complained of herein are causing irreparable harm and monetary damage to Plaintiff and will continue to do so unless and until Defendants are enjoined and restrained by this Court.

16. Plaintiff is in compliance with 35 U.S.C. § 287.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff asks the Court to:

(a) Enter judgment for Plaintiff on this Complaint on all causes of action asserted herein;

(b) Enter an Order enjoining Defendant, its agents, officers, servants, employees, attorneys, and all persons in active concert or participation with Defendant who receive notice

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION
PAGE | 3

of the order from further infringement of United States Patent No. 8,132,720 (or, in the alternative, awarding Plaintiff a running royalty from the time of judgment going forward);

(c) Award Plaintiff damages resulting from Defendant's infringement in accordance with 35 U.S.C. § 284;

(d) Award Plaintiff pre-judgment and post-judgment interest and costs; and

(e) Award Plaintiff such further relief to which the Court finds Plaintiff entitled under law or equity.

Dated: April 13, 2015

Respectfully submitted,

*/s/Jay Johnson*
**JAY JOHNSON**
State Bar No. 24067322
**D. BRADLEY KIZZIA**
**State Bar No. 11547550**
**ANTHONY RICCIARDELLI**
**State Bar No. 24070493**
**BROWN FOX KIZZIA & JOHNSON PLLC**
750 N. St. Paul Street, Suite 1320
Dallas, Texas 75201
(214) 613-3350
Fax: (214) 613-3330
jay@brownfoxlaw.com
brad@brownfoxlaw.com
anthony@brownfoxlaw.com
**ATTORNEYS FOR PLAINTIFF**

PLAINTIFF'S COMPLAINT AGAINST DEFENDANT HSBC BANK USA, NATIONAL ASSOCIATION
PAGE | 4

# EXHIBIT A